Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Attorney for Plaintiff,                                              JS-6
*Crystal Holguin*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HOLGUIN, | Case No.: 2:23-cv-03574-JFW-ASx |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CREDIT CONTROL, LLC** |
| CREDIT CONTROL, LLC | |
| Defendants. | |

    Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Credit Control, LLC, ("Defendant"), and good cause appearing

    **IT IS ORDERED** that the Stipulation is **GRANTED.**

    The above-entitled matter is hereby dismissed with prejudice against Defendants.

    **IT IS ORDERED.**

Dated: <u>July 19, 2023</u>

                                                                        Honorable John F. Walter
                                                                       United States District Judge